1  MICHELE BECKWITH
   Acting United States Attorney
2  R. ALEX CARDENAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00061-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| LEO ALPHONZO ALONSO-MEDINA, | DATE: April 10, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for status on April 10, 2025.

2. By this stipulation, the parties now move to continue the status conference until May 15, 2025, at 9:00 a.m., and to exclude time between April 10, 2025, and May 15, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and video recordings, amounting to more than

150 gigabytes of data.  This discovery is subject to a Protective Order.  ECF No. 17. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendant desires additional time review the charges and discovery in this case, conduct defense investigation and research, and otherwise prepare for trial.

c. Counsel for defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 10, 2025, and May 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 7, 2025

MICHELE BECKWITH
Acting United States Attorney

By: /s/ R. ALEX CARDENAS
R. ALEX CARDENAS
Assistant United States Attorney

Dated: April 7, 2025

By: /s/ NOA OREN
NOA OREN
Counsel for Defendant
LEO ALPHONZO ALONSO-MEDINA

**ORDER**

IT IS SO FOUND AND ORDERED this 7th day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE