UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

LEO ALPHONZO ALONSO-MEDINA

        Defendant.

No. 2:25-cr-00061-DJC

UNITED STATES OF AMERICA

        Plaintiff,

  v.

CARLOS OLSVADO HIGUERA-ALDANA

        Defendant.

No. 2:25-cr-00062-DJC

UNITED STATES OF AMERICA

        Plaintiff,

  v.

JEREMIAH I'AMAFANA SALANOA,

No. 2:25-cr-00063-WBS

1 | Defendant.

2

3 _____

4 UNITED STATES OF AMERICA    No. 2:25-cr-00064-DAD

5                    Plaintiff,

6        v.

7 DORETEO SUASTEGUI,

8                    Defendant.

9

10                                RELATED CASE ORDER

11

12

13        Plaintiff has filed a notice of related cases in the four above-captioned actions.

14 Examination of these actions reveals that they are related within the meaning of Local

15 Rule 123(a).  Here, the "actions involve similar questions of fact and the same question

16 of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

17 substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the

18 assignment of these matters to the same judge is likely to beget a substantial savings

19 of judicial effort and is likely to be convenient for the parties.  *See* Local Rule 123(a)(4).

20        The parties should be aware that relating cases under Rule 123 causes the

21 actions to be assigned to the same judge but does not consolidate the actions.  Under

22 Rule 123, related cases are generally assigned to the judge to whom the first filed

23 action was assigned.  Here, *U.S. v. Alonso-Medina* 2:25-cr-00061-DJC and *U.S. v.*

24 *Higuera-Aldana* 2:25-cr-00062-DJC are both assigned to District Judge Daniel J.

25 Calabretta, while *U.S. v. Salanoa* 2:25-cr-00063-WBS is assigned to Senior District

26 Judge William B. Shubb and *U.S. v. Suastegui* 2:25-cr-00064-DAD is assigned to

27 District Judge Dale A. Drozd.

28 *///*

2

1    In accordance with Rule 123, it is OREDERED that *U.S. v. Salanoa* 2:25-cr-

2  00063-WBS and *U.S. v. Suastegui* 2:25-cr-00064-DAD are reassigned to District Judge

3  Daniel J. Calabretta.  Henceforth, the caption in the reassigned cases shall be shown

4  as *U.S. v. Salanoa* 2:25-cr-00063-DJC and *U.S. v. Suastegui* 2:25-cr-00064-DJC.

5    It is further ORDERED that the Clerk of the Court make appropriate adjustment

6  in the assignment of criminal cases to compensate for this reassignment.

7

8  Dated:  April 8, 2025                    /s/ Daniel J. Calabretta

9                                           THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3