MICHELE BECKWITH
Acting United States Attorney
R. ALEX CARDENAS
ADRIAN T. KINSELLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO ALPHONZO ALONSO-MEDINA,<br><br>Defendant. | CASE NO. 2:25-CR-00061-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 15, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS OSVALDO HIGUERA-ALDANA;<br><br>Defendant. | CASE NO. 2:25-CR-00062-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 1, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH I'AMAFANA SALANOA;<br><br>Defendant. | CASE NO. 2:25-CR-00063-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 19, 2025 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>DORETEO SUASTEGUI;<br><br>                    Defendant. | CASE NO. 2:25-CR-00064-DJC;<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 28, 2025 |

**STIPULATION**

1. By previous orders, these matters were set for status hearings on the respective dates listed in the captions above. On April 9, 2025, this Court issued a Related Case Order for all four matters, which are now all assigned to the Honorable Daniel J. Calabretta.

2. By this stipulation, defendants now move to continue the respective status conferences until July 10, 2025, at 9:00 a.m., and to exclude time between April 25, 2025, and July 10, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and video recordings, amounting to more than 150 gigabytes of data. This discovery is subject to a Protective Order. ECF No. 17. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to review the charges and discovery in these cases, conduct defense investigation and research, and otherwise prepare for trial.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of April 25, 2025 to July 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 25, 2025     MICHELE BECKWITH
                           Acting United States Attorney

                           By: /s/ *R. Alex Cárdenas*
                           R. ALEX CARDENAS
                           Assistant United States Attorney

Dated:  April 25, 2025     */s/ Noa Oren*
                           Noa Oren
                           Assistant Federal Defender
                           Counsel for Defendant
                           LEO ALPHONZO ALONSO-MEDINA;

Dated:  April 25, 2025     */s/ Candice L. Fields*
                           Candice L. Fields
                           Counsel for Defendant
                           CARLOS OSVALDO HIGUERA-ALDANA

Dated:  April 25, 2025     */s/ Todd Leras*
                           Todd Leras
                           Counsel for Defendant
                           JEREMIAH I'AMAFANA SALANOA

Dated:  April 25, 2025     */s/ Olaf W. Hedberg*
                           Olaf W. Hedberg
                           Counsel for Defendant
                           DORETEO SUASTEGUI

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE