TAMARA SOLOMAN (CSB # 183841))
Attorney at Law
901 H Street, Suite 400
Sacramento, California 95814
Telephone: (916) 712-8962

Attorney for Defendant
Leo Alphonzo-Medina

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, ) | Case No. 2:25-CR-00061-DJC |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| LEO ALPHONSO MEDINA, ) | DATE:   July 10, 2025 |
| ) | TIME:    9:00 a.m. |
| Defendant, ) | COURT: Hon. Daniel J. Calabretta |
| ) | |

The United States of America through its undersigned counsel, Alex Cardenas, Assistant United States Attorney, together with counsel for defendant LEO ALPHONZO-MEDINA, Tamara Soloman, Esq., hereby agree to the following:

1. By previous order, this matter was set for a status conference on July 10, 2025.
2. By this stipulation, the parties now move to continue the status conference until August 28, 2025, at 9:00 a.m., and to exclude time between July 7, 2025, and August 28, 2025, under Local Code T4.

3. Defense counsel was appointed and substituted in for prior counsel on May 13, 2025. The discovery in this case amounts to more than 150 gigabytes of data.

4. Defense counsel requests additional time to review the charges and discovery in this case, conduct defense investigation and research, and otherwise prepare.

5. The government does not object to the request and the date agreed upon takes into account Government counsel's schedule.

6. By this stipulation it is therefore requested that the status conference be continued to August 28, 2025, at 9:00 a.m.

Dated: July 7, 2025

Respectfully submitted,

/s/ Tamara Soloman
TAMARA SOLOMAN
Attorney for Defendant
LEO ALONSO_MEDINA

/s/ALEX CARDENAS
ALEX CARDENAS
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: July 7, 2025         /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE

-2-