ERIC GRANT
United States Attorney
R. ALEX CÁRDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO ALPHONZO ALONSO-MEDINA,<br><br>Defendant. | CASE NO. 2:25-CR-00061-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 28, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney R. Alex Cárdenas, counsel for Plaintiff; and Tamara Soloman, Esq., counsel for Mr. Alonso-Medina, that the Status Conference, which is currently set for August 28, 2025, may be continued to October 23, 2025, at 9:00 a.m., with time excluded, as detailed below.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The government extended a plea agreement on August 14, 2025. The plea offer is set to expire on September 5, 2025.

2. Defense counsel is currently scheduled for trial through August 28, 2025, and otherwise needs time to examine and advise her client regarding the proposed plea agreement.

3. The government also provided additional discovery on August 20, 2025. Defense counsel will need time to review that material and advise her client.

4. Defense counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Alonso-Medina in a speedy trial, and respectfully request the Court so to find.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between August 28, 2025 and October 23, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Alonso-Medina in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 25, 2025

ERIC GRANT
United States Attorney

By: */s/ R. ALEX CARDENAS*
R. ALEX CARDENAS
Assistant United States Attorney

Dated: August 25, 2025

By: */s/ TAMARA SOLOMAN*
TAMARA SOLOMAN, ESQ.
Counsel for Defendant
LEO ALPHONZO ALONSO-MEDINA

**ORDER**

IT IS SO FOUND AND ORDERED this 25th day of August, 2025.

Dated: August 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE