ERIC GRANT
United States Attorney
R. ALEX CARDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO ALPHONZO ALONSO-MEDINA,<br><br>Defendant. | CASE NO. 2:25-CR-00061-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: February 26, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties appeared before this Court on November 13, 2025, for a Motion Hearing on Defendant's Motion to Dismiss (ECF 29). *See* ECF 36. At the conclusion of the hearing, the Court ordered the motion submitted with a written order to follow. *Id.*

2. By this stipulation, the parties now move to set a status conference on February 26, 2026, at 9:00 AM, and to exclude time between November 13, 2025, and February 26, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a. This matter was pending the outcome of Defendant's Motion to Dismiss. On November 21, 2025, the Court granted in part and denied in part that Motion. *See* ECF 38.

b. Time was previously excluded by Court Order through November 13, 2025. *See* ECF 33. From November 13, 2025, through November 21, 2025, Defendant's Motion to Dismiss was pending.

c. Counsel for defendant now desires additional time to review the charges and discovery in this case, conduct defense investigation and research, and otherwise prepare for trial. Given the President's signing of a continuing resolution authorizing resumption of payments to appointed counsel and service providers to begin within a reasonable period following November 13, 2025, defense counsel is now able to undertake necessary investigation and preparation.

d. Counsel for defendant believes that failure to grant the above requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government shares in this request.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 13, 2025, and February 26, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that the ends of justice served

      by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 24, 2025

        ERIC GRANT
        United States Attorney

By: */s/ R. ALEX CARDENAS*
     R. ALEX CARDENAS
     Assistant United States Attorney

Dated: November 24, 2025

By: */s/ TAMARA L. SOLOMAN*
     TAMARA L. SOLOMAN
     Counsel for Defendant
     LEO ALPHONZO ALONSO-MEDINA

**ORDER**

IT IS SO FOUND AND ORDERED this 24th day of November, 2025.

Dated: November 24, 2025                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE