ERIC GRANT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00061-DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LEO ALONSO-MEDINA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      During a hearing before the Court on March 27, 2026, the Court set this for status on April 30, 2026. ECF 44. The parties later learned that April 30, 2026, is not an available date for the Court but May 7, 2026, is a good date.

2.      By this stipulation, defendant now moves to continue the status conference until May 7, 2026, and to exclude time between April 30, 2026, and May 7, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time includes defense counsel continues

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

to conduct investigation into the underlying charges and needs additional time to evaluate the evidence and consult with her client about whether to resolve by plea or proceed to trial.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 30, 2026 to May 7, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 9, 2026                                ERIC GRANT
                                                     United States Attorney


                                                     /s/ JASON HITT
                                                     JASON HITT
                                                     Assistant United States Attorney


Dated:  April 9, 2026                                /s/ Tamara Soloman, Esq. –
                                                     *authorized to sign for Ms.*
                                                     *Soloman on April 4, 2026*
                                                     Tamara Soloman, Esq.
                                                     Counsel for Defendant
                                                     LEO ALONSO-MEDINA


**ORDER**


Dated:  April 9, 2026                                /s/ Daniel J. Calabretta
                                                     THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3