ERIC GRANT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO ALPHONZO ALONSO-MEDINA,<br><br>Defendant. | CASE NO. 2:25-CR-00061-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE November 5, 2026:<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for status conference regarding trial setting on November 5, 2026. ECF No. 51. The parties believe they are close to resolving the case by plea agreement, but need additional time to do so.

2. By this stipulation, the parties now move to continue the hearing until November 19, 2026, at 9:00 AM, and to exclude time between November 5, 2026, and November 19, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes law enforcement reports, photographs, and video recordings, amounting to more than

150 gigabytes of data. This discovery is subject to a Protective Order. ECF No. 17. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendant desires additional time review the charges and discovery in this case, conduct defense investigation and research, and otherwise prepare for trial in case the matter does not resolve by plea agreement.

c. Counsel for defendant believes that failure to grant the above requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2026, and November 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 4, 2026

ERIC GRANT
United States Attorney

By: *\/s/ R. Adrian T. Kinsella*
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: November 4, 2026

By: */s/ Tamara L. Solomon*
TAMARA L. SOLOMON
Counsel for Defendant
LEO ALPHONZO ALONSO-MEDINA

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of November, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE